IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBRA LEONHARDT,

    Plaintiff,

v.

SHAWNEE COMMONS CORP. et al.,

    Defendants.

3:19-CV-165
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 7TH DAY OF JUNE, 2019,** upon receipt of the parties' Stipulation of Dismissal (Doc. 12), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge